# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Elliott Green,<br>　　　　Plaintiff,<br>v.<br>State of Arizona, et al.,<br>　　　　Defendants. | NO. CV-23-00586-PHX-DJH (DMF)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 16, 2024, Plaintiff to take nothing, and the complaint and action are dismissed for failure to state a claim.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 16, 2024

　　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　　　By   Deputy Clerk